Moscow Fire Insurance Company et al., Respondents, *v.* Bank of New York and Trust Company, as Agent, et al., Respondents.

Samuel E. Morro et al., Respondents, *v.* Moscow Fire Insurance Company et al., Respondents.

United States of America, Appellant.

Submitted May 29, 1939; decided June 2, 1939.

Motion for reargument denied. Motion for a stay to permit application for a writ of certiorari granted. (See 280 N. Y. 286.)